## United States District Court — Violation Notice

CVB Location Code: **MN03**

Violation Number: **6224357**
Officer Name (Print): **Edin**
Officer No.: **1581**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: **10/8/2025  4:31 PM**
Offense Charged: ☒ CFR ☐ USC ☐ State Code: **102-74.385**

Place of Offense: **3000 Veterans Dr ST. Cloud, MN 56303**

Offense Description; Factual Basis for Charge:
**Refused to leave after being told to by SSA management and Security.**

### DEFENDANT INFORMATION
Last Name: **Corbin**
First Name: **Michael**
MI: **L**

Street Address: [redacted]

Box A ☐ / Box B ☒ — IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ **100.00** Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ **130.00** Total Collateral Due

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.)

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____, 20__ while exercising my duties as a law enforcement officer in the ____ District of ____

Michael Corbin refused to leave the Social Security office in St. Cloud, MN after being told to leave two times by SSA management, an additional two times by Security. Security then attempted to detain Corbin until local police arrived. Corbin became physical and left the building after being told to stay for police response.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/09/2025**   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident